CLERKS OFFICE U.S. DIST. COURT
AT LYNCHBURG, VA
FILED
6/21/2018
JULIA C. DUDLEY, CLERK
BY: s/ CARMEN AMOS
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
## LYNCHBURG DIVISION

| | |
|---|---|
| THOMAS E. HUNTER,<br><br>          *Plaintiff*,<br><br>v.<br><br>NANCY A. BERRYHILL, Acting Commissioner of Social Security,<br><br>          *Defendant*. | CASE NO. 6:17-cv-00025<br><br>ORDER<br><br>JUDGE NORMAN K. MOON |

  This matter is before the Court on the parties' motions for summary judgment (dkts. 14, 16), the Report and Recommendation ("R&R") of Magistrate Judge Robert S. Ballou (dkt. 21), and Plaintiff's objections to the R&R (dkt. 22). For the reasons set forth in the accompanying memorandum opinion, the Court will **ADOPT** the R&R in full. (Dkt. 21). Accordingly, the Court will **DENY** Plaintiff's motion for summary judgment (dkt. 14), and **GRANT** the Commissioner's motion for summary judgment. (Dkt. 16). It is so **ORDERED**.

  The Clerk of the Court is hereby directed to send a certified copy of this Order to all counsel of record, and to United States Magistrate Judge Robert S. Ballou. The clerk is also directed to close this case and strike it from the active docket of the Court.

  Entered this __21st__ day of June, 2018.

                         /s/ Norman K. Moon
                         NORMAN K. MOON
                         SENIOR UNITED STATES DISTRICT JUDGE